■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BLACKWELL, Appellant.—Judgment, Supreme Court, Bronx County (Lawrence Tonetti, J.), rendered on April 1, 1986, unanimously affirmed. Motion by appellant to dismiss the indictment and the appeal from the judgment denied. No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY MORRERA, Appellant.—Judgment, Supreme Court, New York County (John Bradley, J.), rendered on February 21, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Kassal, JJ.